ACCEPTED
03-14-00510-CV
6243574
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/27/2015 5:33:16 PM
JEFFREY D. KYLE
CLERK

## MARTENS, TODD, LEONARD, TAYLOR & AHLRICH

### A GENERAL PARTNERSHIP

JAMES F. MARTENS*
KELLI H. TODD
LACY L. LEONARD

Attorneys at Law

*Board Certified in Tax Law
Texas Board of Legal Specialization

E-MAIL: ataylor@textaxlaw.com

301 CONGRESS AVENUE, SUITE 1950
AUSTIN, TEXAS 78701
(512) 542-9898
FAX (512) 542-9899
www.textaxlaw.com

AMANDA G. TAYLOR
DANIELLE V. AHLRICH
ALLEGRA B. HILL

Attorneys at Law

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/27/2015 5:33:16 PM
JEFFREY D. KYLE
Clerk

July 27, 2015

**<u>Via Electronic Filing</u>**
Court of Appeals, Third District of Texas
Attn: Jeffrey Kyle, Clerk
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

Re:  Court of Appeals Number: 03-14-00510-CV
Trial Court Number: D-1-GN-13-002811

*Noah S. Bunker, Paul Carrell, Everett Brew Houston, Jr., W. Andrew Buchholz, Scott J. Leighty, Jad L. Davis, and Holly Clause v. Tracy D. Strandhagen,*

Dear Mr. Kyle:

Please be advised that I will be out of the office for a professional commitment from October 12-19, 2015. Accordingly, I respectfully request that the Court not schedule oral argument in the above-referenced matter on October 14, 2015. Should you have any questions or need any additional information, please do not hesitate to contact me. Thank you for your attention to this matter.

Sincerely,

By: Amanda G. Taylor

AGT: san

cc: Daniel Byrne, via electronic mail
Lessie Fitzpatrick, via electronic mail
Christine Burgess, via electronic mail